

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Leonard George Mitchell, Appellant

No. 06-20-00047-CR        v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49,299-B).  Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the judgment of the trial court by deleting the assessment of $1,190.00 in attorney fees.  We also delete the entry of $1,190.00 for "Attorney Fee" in the certified bill of costs and revise the entry for "Total Costs" to $330.00.  As modified, the judgment of the trial court is affirmed.

We note that the appellant, Leonard George Mitchell, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 20, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk